**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000756
10-APR-2019
09:15 AM**

NOS. CAAP-18-0000611 AND CAAP-18-0000756

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WARD PLAZA-WAREHOUSE, LLC, a Delaware limited liability company, Plaintiff-Appellee, v. HAWAII EQUIPMENT CORP., a Hawaii corporation, doing business as EXECUTIVE CHEF/BATH AND BUTLER, and JAMES GEORGE RUSSO, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1RC15-1-07899)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed March 8, 2019, by Defendants-Appellants Hawaii Equipment Corp. and James George Russo, the papers in support, and the record, it appears that (1) both appeals, numbers CAAP-18-0000611 and CAAP-18-0000756, in this consolidated appeal have been docketed; (2) the parties stipulate to dismiss the appeal with prejudice, and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.   The parties shall bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawai'i, April 10, 2019.


Presiding Judge


Associate Judge


Associate Judge

2